**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 08-6809**

————————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

         v.

ERNEST FREDERICK HODGES, JR.,

              Defendant - Appellant.

————————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:05-cr-00040-sgw-1)

————————————

Submitted: August 22, 2008      Decided: September 24, 2008

————————————

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Ernest Frederick Hodges, Jr., Appellant Pro Se.  Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Frederick Hodges, Jr., seeks to appeal the district court order denying his motion for discovery in his previously closed criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hodges</u>, No. 7:05-cr-00040-sgw-1 (W.D. Va. Nov. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>